## SHERMAN v. STATE.

No. 15667.

Court of Criminal Appeals of Texas.

Feb. 8, 1933.

Percy Foreman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for malicious mischief, punishment assessed being a fine of $10.

The prosecution was under article 1373, P. C. (1925). The complaint and information alleged that appellant willfully wounded a horse owned by W. H. Lester by shooting said horse with a gun with the intent to injure the owner.

We observe no errors of a fundamental character. The record is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.